

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| In the Interest of S.K.J.K. and O.D.K., Children. | § | No. 08-18-00111-CV |
| | § | Appeal from the |
| Appellants. | § | 388th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2008CM7237) |

## O R D E R

Pending before the Court is a motion to withdraw filed by Appellant's attorney, David Hilles. Appellant has not filed an objection or otherwise responded to the motion. The motion is GRANTED. The Court requests that Appellant notify the Court immediately if he retains appellate counsel. Additionally, Appellant's motion for an extension of time in which to file his brief is GRANTED. Appellant's brief is due to be filed on January 4, 2019. Appellee's motion to dismiss the appeal for want of prosecution is DENIED. The Court will, however, reconsider whether the appeal should be dismissed if Appellant fails to timely file the brief or an extension motion.

IT IS SO ORDERED this 5th day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.